# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00015-MR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **STEVEN JAMES HALL,** ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Defendant's "Motions for Summary Judgement Pursuant to Local Rule of Civil Procedure 56(a)" [Docs. 57, 59].

By way of the present motions, the Defendant moves for summary judgment against the Government. In so doing, he identifies numerous reasons why he alleges that his criminal judgment should be vacated. [Docs. 57, 59].

The Defendant's motions for summary judgment must be denied. This is a criminal action. Motions for summary judgment are properly filed only with respect to civil actions. The Defendant has filed two motions to vacate pursuant to 28 U.S.C. § 2255 challenging his judgment, but both of these

actions have been denied and dismissed. [Docs. 37, 50]. There is currently no civil action, either by or against the Defendant, pending in this Court. The Defendant's motions for summary judgment are therefore improper and must be denied and dismissed as frivolous.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motions for Summary Judgement Pursuant to Local Rule of Civil Procedure 56(a)" [Docs. 57, 59] are **DENIED** and **DISMISSED**.

**IT IS SO ORDERED.**  Signed: February 25, 2020

Martin Reidinger
United States District Judge